■ In the Matter of JILL R., Respondent, v EUGENE C., Appellant. [942 NYS2d 787]—Order, Family Court, New York County (Fiordaliza A. Rodriguez, Ref.), entered on or about August 16, 2011, which denied respondent father's motion to vacate an order of protection and an order suspending visitation, upon the father's default, and to restore the proceeding to the trial calendar, unanimously affirmed, without costs.

Application by the father's assigned counsel to be relieved as counsel is granted (see Anders v California, 386 US 738 [1967]; People v Saunders, 52 AD2d 833 [1976]). We have reviewed the record and agree with counsel that there are no nonfrivolous issues that could be raised on this appeal. Concur—Andrias, J.P., Saxe, Catterson, Renwick and Román, JJ.

■ MURIEL NORTON et al., Appellants, v PORT AUTHORITY OF NEW YORK AND NEW JERSEY, Respondent. [943 NYS2d 82]—

Judgment, Supreme Court, New York County (Jane S. Solomon, J.), entered January 21, 2011, after a jury trial, upon a verdict in favor of defendant, unanimously affirmed, without costs.

The trial court did not err in declining to charge defendant's former employee as an interested witness in the absence of any evidence that his testimony was biased or that he was personally interested in the outcome of the matter (cf. Lowenstein v Normandy Group, LLC, 51 AD3d 517 [2008] [former employee of defendant and participant in accident who had motive to shield himself from blame properly charged as interested witness]). Any error attributable to the failure to charge the jury that defendant had statutory responsibility for the maintenance of the subject sidewalk is harmless in light of defendant's admitted responsibility for maintaining the sidewalk.

The court did not improvidently exercise its discretion in declining, on the eve of trial, to so order a subpoena that could have been issued by counsel and sought items that could have been obtained during discovery (see CPLR 2302; Pena v New York City Tr. Auth., 48 AD3d 309, 309-310 [2008]). Concur—Andrias, J.P., Saxe, Catterson, Renwick and Román, JJ.